1  RICHARD P. SYBERT (SBN: 080731)
   rsybert@grsm.com
2  GORDON REES SCULLY MANSUKHANI
   5 Park Plaza, Suite 1100
3  Irvine, CA 92614
   Tel: (949) 255-6950 / Fax: (949) 474-2060
4
   Attorneys for Plaintiff
5  GORDON REES SCULLY MANSUKHANI LLP



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CALIFORNIA

| GORDON REES SCULLY MANSUKHANI LLP, | CASE NO. _____ |
|---|---|
| Plaintiff, | **GORDON REES SCULLY MANSUKHANI LLP'S PETITION TO CONFIRM ARBITRATION AWARD AND ENTER JUDGMENT** |
| vs. | |
| MSSK VENTURES, LLC; and KELLY GWIN, | *Accompanied by:* |
| Defendants. | *Declaration of Richard P. Sybert and Exhibit 1* |

Plaintiff Gordon Rees Scully Mansukhani LLP ("GRSM") by and through its attorney of record, Richard P. Sybert, submits this Petition to Confirm Arbitration Award and Enter Judgment. This petition is made based upon the Final Award issued by Hon. Linda L. Miller, Ret. ("Arbitrator") of the JAMS ADR, Case #5200001670 (the "Arbitration Award") in the matter of GRSM v. MSSK Ventures, LLC; Kelly Gwin dated May 28, 2024.

The Arbitration Award is attached as **Exhibit 1** to the Declaration of Richard P. Sybert filed with this petition**.** Plaintiff respectfully requests the Court grant this Motion based on the following:

1. Defendants MSSK Ventures, LLC and Kelly Gwin ("Defendants") hired GRSM for work pursuant to the April 1, 2023 Legal Services Agreement executed between the parties.

-1-

2. GRSM successfully defended a summary judgment motion after setting aside a default in the underlying Orange County Superior Court Cases Nos. 30-2021-01214263-CU-OR-NJC and 30-2022-01287031-CU-JR-CJC.

3. On or about May 28, 2024, GRSM filed the demand for arbitration with JAMS.

4. During the Arbitration, Defendants did not participate in the proceedings and the Arbitrator was satisfied that there had been ample notice and opportunity for the Defendants to be heard pursuant to JAMS Rules.

5. The Arbitrator determined based on a preponderance of the evidence, that GRSM proved its claim against Defendants for non-payment of legal fees and costs incurred pursuant to the April 1, 2023 Legal Services Agreement. On April 3, 2025, the Arbitrator issued the final award in favor of GRSM in the amount of $106,777.08.

The Arbitration Award should be confirmed and judgment entered against Defendants pursuant to Federal Arbitration Act 9 U.S.C. Sec 1., *et. seq*. Federal Arbitration Act 9 U.S.C. Sec 1., *et seq*. provides that after an arbitration award has been made, any party to the arbitration may apply to the Court for an order confirming the award.

Pursuant to the Arbitration Award, GRSM is entitled to $106, 777.08. In accordance with the Federal Arbitration Act 9 U.S.C. Sec. 1, *et seq.*, GRSM requests and Order from this Court confirming the Award and to enter Judgment accordingly.

Dated: June 16, 2025                    GORDON REES SCULLY MANSUKHANI

By: */s/ Richard P. Sybert*
Richard P. Sybert
Attorneys for Plaintiff
GORDON REES SCULLY MANSUKHANI LLP