WHEN RECORDED MAIL TO:

Chritopher B. Queally, SBN 229154
Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614
(949) 255-6950

Atttorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| GORDON REES SCULLY MANSUKHANI LLP<br><br>PLAINTIFF(S),<br>v.<br><br>MSSK VENTURE, LLC; and KELLY GWIN<br><br>DEFENDANT(S). | CV 8:25-cv-01298-DOC-KES<br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on 07/23/2025
in favor of Plaintiff Gordon Rees Scully Mansukhani, LLP
whose address is 5 Park Plaza, Suite 1100, Irvine, CA 92614
and against Defendant Kelly Gwin
whose last known address is 14 Monarch Bay Plaza, Suite 212, Monarch Beach, CA 92629
for $106,777.08         Principal, $ 0.00         Interest, $ 0.00         Costs,
and $0.00         Attorney Fees.

ATTESTED this   22nd   day of   September  , 2025.
Judgment debtor's driver's license no. and state;_____ (last 4 digits) ☒ Unknown.
Judgment debtor's Social Security number;_____ (last 4 digits) ☒ Unknown.
☒ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Kelly Gwin
14 Monarch Bay Plaza, Suite 212
Monarch Beach, CA 92629

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk

DIMITRI ENGLISH

1269

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)                    ABSTRACT OF JUDGMENT/ORDER